# Third District Court of Appeal

## State of Florida

Opinion filed November 10, 2021.

_____

No. 3D21-2050
Lower Tribunal No. 21-25382 CC
_____

**Natasha Prince,**
Appellant,

vs.

**MCR Apts. 1, LLC, etc.,**
Appellee.

An appeal from the County Court for Miami-Dade County, Gloria Gonzalez-Meyer, Judge.

Legal Services of Greater Miami, Inc., and Sean Rowley, for appellant.

Langbein and Langbein, P.A., and Leslie W. Langbein, for appellee.

Before EMAS, MILLER, and LOBREE, JJ.

PER CURIAM.

*UPON CONFESSION OF ERROR*

Appellant, Natasha Prince, the tenant, challenges an order of default and final judgment of removal rendered in favor of appellee, MCR Apartments 1, LLC d/b/a Casa Matias, the landlord. Upon the landlord's proper and commendable confession of error, along with our own independent review of the record, we conclude the tenant's motion for determination of rent, pending and unresolved in the trial court, precluded entry of the judgment. See Axen v. Poah Cutler Manor, LLC, 323 So. 3d 800, 801 (Fla. 3d DCA 2021) (finding a tenant's undisposed-of, timely-filed motion to determine rent precluded entry of a final judgment based on nonpayment). Hence, we reverse and remand for further proceedings.

Reversed and remanded.